UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALPHA CHI OMEGA FRATERNITY, INC., et al., | Case No. 3:18-cv-2789 |
| Plaintiffs, | Judge James G. Carr |
| v. | |
| VIRGINIA FITE, et al. | |
| Defendants. | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER**

This matter came before the Court following a status conference on March 26, 2019. The Court, having the benefit of memoranda of law and being otherwise sufficiently advised, hereby grants Plaintiffs' motion.

1. Defendants, along with any of their directors, principals, officers, agents, servants, employees, representatives, or other persons acting in concert or participation with them, are hereby temporarily enjoined and restrained from directly or indirectly producing, using, distributing, promoting, or marketing, in any product line, any items containing a reproduction, copy, or colorable imitation of any of the Greek letters, crests, coats of arms, seals, flags, badges, slogans, nick names, insignia, marks or other indicia owned by any of the Plaintiff Greek organizations herein, namely Alpha Chi Omega Fraternity, Inc., Alpha Gamma Delta Fraternity, Alpha Kappa Psi Fraternity, Inc., Alpha Omicron Pi Fraternity, Inc., Alpha Phi International Fraternity, Incorporated, Alpha Phi Omega aka Alpha Phi Omega National Service Fraternity, Alpha Sigma Phi Fraternity, Inc., The Alpha Tau Omega Fraternity, Incorporated, Alpha Xi Delta Fraternity, Chi Omega Fraternity, The Delta Chi Fraternity, Inc., Delta Delta Delta, Delta Gamma

Fraternity, Delta Phi Epsilon, Inc., Delta Tau Delta, Delta Zeta Sorority, Gamma Phi Beta Sorority, Inc., Kappa Delta Sorority, Inc., Kappa Delta Rho, Inc., Kappa Kappa Gamma Fraternity, Kappa Sigma Fraternity, Lambda Chi Alpha Fraternity Incorporated, Phi Delta Theta Fraternity, Phi Gamma Delta, Inc., Phi Kappa Psi, Phi Kappa Tau Fraternity, Inc., Phi Sigma Rho National Sorority, Inc., Phi Sigma Sigma Inc., Pi Beta Phi, The Pi Kappa Alpha International Fraternity, Inc., Pi Kappa Phi Fraternity, Sigma Alpha Epsilon Fraternity, Sigma Chi Corporation, Sigma Kappa, Sigma Lambda Gamma National Sorority, Sigma Nu Fraternity, Inc., Sigma Phi Epsilon Fraternity, Tau Kappa Epsilon Fraternity, Theta Chi Fraternity, Inc., and Triangle or any insignia confusingly similar therewith.

Entered this  8th  day of    April   , 2019.

BY THE COURT:

 /s/James G. Carr
_____
JUDGE, DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO